**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| IN RE WAL-MART STORES, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) ) ) This Document Relates to: )       ALL ACTIONS ) ) | Master Docket No. 4:12-cv-4041 |

## ORDER

The purpose of this order is to address the deadline for Defendant to file its answer in this case. Presently pending before the Court is a Motion for Entry of Initial Scheduling Order filed by Plaintiffs (ECF No. 78) and a Motion for a Limited Stay of this Action filed by Defendant (ECF No. 79). Defendant's time to answer or otherwise respond to the operative complaint is extended until the Court rules on the pending motions mentioned above. Once the Court rules on the pending motions, it will set a specific date by which Defendant must file its answer.

**IT IS SO ORDERED**, this 16th day of January, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge