IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE WAL-MART STORES, INC.    )
SHAREHOLDER DERIVATIVE      )
LITIGATION                      )
_____ )      Master Docket No. 4:12-cv-4041
                            )
This Document Relates to:      )
      ALL ACTIONS         )
_____ )

## DISQUALIFICATION ORDER

The undersigned began active service with the Court on March 10, 2014. The captioned matters were reassigned to this division on or about March 17, 2014. On March 28, 2014, the undersigned provided written disclosure to the parties of certain facts and circumstances which would require disqualification pursuant to 28 USC §455 (Doc No. 90). The Court inquired as to whether the parties were interested in waiving grounds for disqualification under 28 USC §455(a). One or more of the parties preferred *not* to do so (Doc Nos. 91 and 92).

Accordingly, for the reasons more specifically identified in the letter to counsel (Doc No. 90), the undersigned must disqualify. This matter will be reassigned by the Clerk.

IT IS SO ORDERED.

_____
Timothy L. Brooks
United States District Judge