## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

| | |
|---|---|
| _____ ) | |
| IN RE WAL-MART STORES, INC. ) SHAREHOLDER DERIVATIVE ) LITIGATION ) _____) ) This Document Relates to: )     ALL ACTIONS ) _____) | Master Docket No. 4:12-cv-4041 |

### ORDER

Before the Court is Defendants' Motion for Judicial Notice. ECF No. 81. Plaintiffs have not responded to the motion, and the time for response has passed. The Court finds that the motion is ripe for the Court's consideration.

Defendants move the Court, pursuant to Fed. R. Evid. 201, to take judicial notice of certain filings in the Delaware Court of Chancery that set forth the history and status of the Delaware proceedings. Defendants further move the Court to consider this evidence in support of Defendants' Renewed Motion for a Limited Stay of this Action and for Extension of Time to Respond to Complaint. ECF No. 79. Upon consideration, the Court finds that Defendants' Motion for Judicial Notice (ECF No. 81) should be and hereby is **GRANTED**. Although the Court did not explicitly refer to Defendants' Motion for Judicial Notice in its order regarding the Renewed Motion for a Limited Stay, the Court did take judicial notice of these facts when considering the renewed motion. *See* ECF No. 102, pp. 1-2.

**IT IS SO ORDERED**, this 24th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge